# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL DOCKET NO.: 5:13CV93-RLV

| | | |
|---|---|---|
| **PHILIP E. LAMBRECHTS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **MOUNTAIN AIR CARGO, INC.,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Defendant's Motion To Dismiss and Memorandum In Support, filed December 4, 2013. (Doc. 14). To date, Plaintiff has not responded.

After having carefully reviewed the pleadings, it appears that Defendant may be entitled to dismissal of all or part of this action as a matter of law. *See Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975).

As a result, the instant Order serves as **NOTICE** to Plaintiff Lambrechts, who is proceeding *pro se*, of the following:

**PLAINTIFF**, you are entitled to an opportunity to respond to Defendant's motion. You may not allege new facts surrounding the events in question as part of your response. You should base your response and/or argument(s) solely on the allegations contained in your original complaint and/or Defendant's Motion to Dismiss.

You are further advised that you have thirty (30) days from the filing of this Order in which to file your response and any documents, affidavits, or

unsworn declarations you may wish to submit in opposition to Defendant's

Motion.


      **IT IS, THEREFORE, ORDERED** that Plaintiff has thirty (30) days, or until Monday, June 16, 2014, to **RESPOND** to Defendant's Motion To Dismiss. **FAILURE TO RESPOND MAY RESULT IN SUMMARY DISMISSAL OF PLAINTIFF'S CLAIMS.**


Signed: May 16, 2014

Richard L. Voorhees
United States District Judge