IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00093-RLV-DSC

| | |
|---|---|
| PHILIP E. LAMBRECHTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MOUNTAIN AIR CARGO, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Stay Proceedings" (document # 25) filed June 4, 2014. For the reasons set forth in Defendant's "Response in Opposition …" (document #26), the Motion is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 23, 2014

David S. Cayer
United States Magistrate Judge